IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-CV-522-FDW-DSC

| | |
|---|---|
| SENECA INSURANCE COMPANY INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) **ORDER APPOINTING UMPIRE** |
| HARRIS HOSPITALITY GROUP LLC and DAUD & DAUGHTER LLC, | ) ) ) ) |
| Defendants. | ) |

On June 29, 2022 the parties filed a joint Motion seeking appointment of an appraisal umpire. On July 5, 2022, this Court directed the parties to submit a list of three proposed umpires along with their resumes. Both parties provided the requested information on July 15, 2022.

NOW THEREFORE IT IS ORDERED that Toby J. Johnson is appointed as the umpire to complete the appraisal process in this matter.

**SO ORDERED**.

Signed: July 20, 2022

David S. Cayer
United States Magistrate Judge